# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALALHASSEE DIVISION

**GENERAL ARNEZ BRYANT, III,**

    **Plaintiff,**

v.                                     **CASE NO. 4:13-cv-426-MW/GRJ**

**LARRY CAMPBELL, et al.,**

    **Defendants.**

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

The Court has considered the Magistrate's Report and Recommendation, ECF No.6, filed September 27, 2013. No response having been filed to the report by the Plaintiff, upon consideration,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as the Court's opinion.

The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §1915(e)(2)(B). The dismissal of this case counts as a strike pursuant to 28 U.S.C

§1915(g)." The Clerk shall close the file.

**SO ORDERED on October 17, 2013.**

                **s/Mark E. Walker**
                **United States District Judge**